**Opinion issued March 28, 2013**



In The

# Court of Appeals

For The

# First District of Texas

————————————————

## NO. 01-12-01068-CV

————————————————

**ADRIENNE A. HENNY, Appellant**

**V.**

**JPMORGAN CHASE BANK, N.A., Appellee**

---

**On Appeal from the 152nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-40075B**

---

## MEMORANDUM OPINION

Appellant has filed an unopposed motion to dismiss the appeal, indicating that the parties have settled the underlying dispute. *See* TEX. R. APP. P. 10.3(a)(2), 42.1(a)(1). Appellant further requests that we dismiss the appeal with prejudice and

order that each party bear its own costs of appeal.  *See* TEX. R. APP. P. 42.1(d).  No opinion has issued.  *See* TEX. R. APP. P. 42.1(c).

Accordingly, we grant the motion and dismiss the appeal with prejudice, with costs taxed against the party who incurred the same.  *See* TEX. R. APP. P. 42.1(a)(1), (d).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Brown.